IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARYANN COTTRELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROWAN UNIVERSITY, et al., <br><br> Defendants. | Civil No. 08-1171 (NLH) |

### AMENDED SCHEDULING ORDER

    This Scheduling Order confirms the directives given to counsel at the status conference on August 14, 2008; and the Court noting the following appearances: Pro se plaintiffs Maryann Cottrell and Richard G. Holland appearing; and Cheryl R. Clarke, Esquire, appearing by telephone on behalf of the defendants.

    IT IS this **18th** day of **August, 2008,** hereby **ORDERED**:

    1.  By **August 28, 2008,** plaintiffs shall serve defendants and the Court with a letter identifying all parking areas on defendants' campus plaintiffs want to inspect, the dates of the proposed inspections, who will be present during the inspections and what plaintiffs propose to do during the inspections. By **September 8, 2008,** defendants shall serve plaintiffs and the Court with their response.

    **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge